**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SHANE MERRIAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVIS BUDGET GROUP, INC., JOSEPH A. FERRARO, and IZILDA P. MARTINS,<br><br>Defendants. | No.: 2:25-cv-03332-MEF-CLW<br><br>**NOTICE OF MOTION OF BARRY O'CONNOR TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>CLASS ACTION<br><br>**Motion Date: July 21, 2025** |

[Additional caption on next page]

1

| | |
|---|---|
| BARRY O'CONNOR, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVIS BUDGET GROUP, INC., JOSEPH A. FERRARO, and IZILDA P. MARTINS<br><br>Defendants. | No.: 2:25-cv-11943-MEF-CLW<br><br>CLASS ACTION |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Movant Barry O'Connor ("Movant"), hereby moves the Honorable Michael E. Farbiarz, United States District Judge, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom #4, PO, Newark, NJ 07101, for an order consolidating related actions, appointing Movant to serve as Lead Plaintiff in this action, and approving his selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movant submits: (1) the Declaration of Laurence M. Rosen, dated June 24, 2025 (with exhibits); (2) Memorandum of Law in support of Motion, dated June 24, 2025; and (3) a [Proposed] Order.

2

Dated: June 24, 2025                    Respectfully submitted,

                                        **THE ROSEN LAW FIRM, P.A.**

                                        /s/ Laurence M. Rosen
                                        Laurence M. Rosen, Esq.
                                        One Gateway Center, Suite 2600
                                        Newark, NJ 07102
                                        Telephone: (973) 313-1887
                                        Fax: (973) 833-0399
                                        lrosen@rosenlegal.com

                                        *[Proposed] Lead Counsel for Plaintiff and
                                        the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Laurence M. Rosen