# Exhibit 3

**Avis Budget Group, Inc.**
**Class Period: February 13, 2024 through February 10, 2025**

**Lookback Price**

$78.95

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barry O'Connor | 2/14/2024 | 1000 | ($120.46) | ($120,460.00) | | | | | | | |
| | 2/23/2024 | 400 | ($104.56) | ($41,824.00) | | | | | | | |
| | 4/22/2024 | 200 | ($103.08) | ($20,616.00) | | | | | | | |
| | 10/2/2024 | 500 | ($87.50) | ($43,750.00) | | | | | | | |
| | 2/4/2025 | 500 | ($88.70) | ($44,350.00) | | | | | | | |
| | | 2600 | | ($271,000.00) | | 0 | | $0.00 | 2600 | $205,268.18 | ($65,731.82) |