## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AVIS BUDGET GROUP INC., SECURITIS LITIGATION | Master File No.: 2:25-cv-03332-MEF-CLW<br><br>*Document Electronically Filed*<br><br>**STIPULATION AND ORDER FOR FILING OF AMENDED COMPLAINT AND MOVING OR OTHERWISE RESPONDING TO AMENDED COMPLAINT** |

This Document Relates To: All Actions

WHEREAS, by Consent Order dated May 13, 2025 (ECF No. 8) this Court directed Plaintiff Shane Merriam and Avis Budget Group, Inc., Joseph A. Ferraro, and Izilda P. Martins ("Defendants") to meet and confer and jointly submit for the Court's approval, within fourteen days of the Court's entry of an order appointing a lead plaintiff and lead counsel, a proposed schedule for the filing of any consolidated or amended complaint, Defendants' response to the same, and all briefing or other submissions associated with any motion to dismiss the operative complaint;

WHEREAS, by Order dated August 11, 2025, the Court: (i) consolidated the actions previously captioned *Merriam v. Avis Budget Group, Inc. et al.*, 2:25-cv-03332-MEF-CLW and *O'Connor v. Avis Budget Group, Inc. et al.*, 2:25-cv-11943-MEF-CLW (the "Consolidated Actions"), under the above-referenced caption; (ii) appointed Barry O'Connor and the Avis Budget Investor Group (comprised of Shane Merriam, Aldo Ruberto, and David Legner) as Co-Lead Plaintiffs (together, "Plaintiffs"); and (iii) appointed Pomerantz LLP and The Rosen Law Firm, P.A. as Co-Lead Counsel (ECF No. 12);

WHEREAS, Plaintiffs and Defendants have conferred and are in agreement on a schedule for the filing of Plaintiffs' Amended Complaint and for Defendants' response thereto;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for Plaintiffs and Defendants, as follows:

1. Defendants shall not be required to answer, move or otherwise respond to the current Complaints in either of the Consolidated Actions.

2. Plaintiffs shall file an Amended Complaint, which shall supersede the current Complaints in the Consolidated Actions, by October 13, 2025.

3. Defendants' deadline to answer or otherwise respond to the Amended Complaint shall be December 12, 2025.

4. In the event Defendants elect to move to dismiss the Amended Complaint, Plaintiffs' deadline for their opposition to Defendants' motion to dismiss shall be February 10, 2026, and Defendants' deadline for their reply shall be March 27, 2026.

5. Nothing in this Stipulation shall prejudice the right of any party to seek further extensions on the consent of the other parties or from the Court.

Respectfully submitted this 25th day of August 2025, by:

| **THE ROSEN LAW FIRM, P.A.** | **GIBBONS P.C.** |
|---|---|
| *s/ Laurence M. Rosen* | *s/ Samuel I. Portnoy* |
| Laurence M. Rosen | Samuel I. Portnoy |
| One Gateway Center, Suite 2600 | One Gateway Center |
| Newark, NJ 07102 | Newark, New Jersey 07102-5310 |
| Tel: (973) 313-1887 | Tel: (973) 596-4909 |
| Fax: (973) 833-0399 | sportnoy@gibbonslaw.com |
| lrosen@rosenlegal.com | |
| | **PAUL, WEISS, RIFKIND,** |
| **POMERANTZ LLP** | **WHARTON & GARRISON LLP** |
| | Audra J. Soloway |
| | Kristina A. Bunting (*pro hac* forthcoming) |
| *s/ Thomas H. Przybylowski* | Jennifer Gilbert (*pro hac* forthcoming) |
| Thomas H. Przybylowski | 1285 Avenue of the Americas |
| Jeremy A. Lieberman (*pro hac* forthcoming) | New York, New York 10019-6064 |
| | Tel:  (212) 373-3289 |

| | |
|---|---|
| J. Alexander Hood II (*pro hac* forthcoming)<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>Tel: (212) 661-1100<br>Fax: (917) 463-1044<br>tprzybylowski@pomlaw.com<br>jalieberman@pomlaw.com<br>ahood@pomlaw.com | Fax: (212) 492-0289<br>asoloway@paulweiss.com<br>kbunting@paulweiss.com<br>jgilbert@paulweiss.com<br><br>*Attorneys for Defendants* |

*Co-Lead Counsel for Co-Lead Plaintiffs*

SO ORDERED:
This <u>26th</u> day of <u>August</u> 2025.

*s/ Cathy L. Waldor*
The Hon. Cathy L. Waldor
United States Magistrate Judge

3