**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE AVIS BUDGET GROUP INC., SECURITIS LITIGATION | Master File No.: 2:25-cv-03332-MEF-CF |

Master File No.: 2:25-cv-03332-MEF-CF

*Document Electronically Filed*

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

This Document Relates To: All Actions

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Co-Lead Plaintiffs Shane Merriam, Aldo Ruberto, and David Legner (the "Avis Budget Investor Group") and Barry O'Connor (collectively, "Co-Lead Plaintiffs"), and defendants Avis Budget Group, Inc., Joseph A. Ferraro, and Izilda P. Martins (collectively, "Defendants"), by their respective undersigned counsel, hereby stipulate to the dismissal of the above-captioned case without prejudice, and respectfully request that the Court direct the Clerk of Court to terminate the above-captioned case. The parties agree to bear their own costs and attorneys' fees.

Respectfully submitted this 13th day of October 2025, by:

**THE ROSEN LAW FIRM, P.A.**

*s/ Laurence M. Rosen*
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

**POMERANTZ LLP**

*s/ Michael J. Wernke*
Thomas H. Przybylowski
Michael J. Wernke (*pro hac vice)*

**GIBBONS P.C.**

*s/ Samuel I. Portnoy*
Samuel I. Portnoy
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4909
sportnoy@gibbonslaw.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Audra J. Soloway
Kristina A. Bunting (*pro hac vice*)
Jennifer Gilbert (*pro hac vice*)
1285 Avenue of the Americas

Jeremy A. Lieberman (*pro hac vice*)
J. Alexander Hood II (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Tel: (212) 661-1100
Fax: (917) 463-1044
tprzybylowski@pomlaw.com
mwernke@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

*Co-Lead Counsel for Co-Lead Plaintiffs*

New York, New York 10019-6064
Tel:  (212) 373-3289
Fax:  (212) 492-0289
asoloway@paulweiss.com
kbunting@paulweiss.com
jgilbert@paulweiss.com

*Counsel for Defendants*

2