UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AVIS BUDGET GROUP INC., SECURITIS LITIGATION | Master File No.: 2:25-cv-03332-MEF-CF<br><br>*Document Electronically Filed*<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

This Document Relates To: All Actions

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Co-Lead Plaintiffs Shane Merriam, Aldo Ruberto, and David Legner (the "Avis Budget Investor Group") and Barry O'Connor (collectively, "Co-Lead Plaintiffs"), and defendants Avis Budget Group, Inc., Joseph A. Ferraro, and Izilda P. Martins (collectively, "Defendants"), by their respective undersigned counsel, hereby stipulate to the dismissal of the above-captioned case without prejudice, and respectfully request that the Court direct the Clerk of Court to terminate the above-captioned case. The parties agree to bear their own costs and attorneys' fees.

Respectfully submitted this 13th day of October 2025, by:

| | |
|---|---|
| **THE ROSEN LAW FIRM, P.A.** | **GIBBONS P.C.** |
| *s/ Laurence M. Rosen* | *s/ Samuel I. Portnoy* |
| Laurence M. Rosen | Samuel I. Portnoy |
| One Gateway Center, Suite 2600 | One Gateway Center |
| Newark, NJ 07102 | Newark, New Jersey 07102-5310 |
| Tel: (973) 313-1887 | Tel: (973) 596-4909 |
| Fax: (973) 833-0399 | sportnoy@gibbonslaw.com |
| lrosen@rosenlegal.com | |
| | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| **POMERANTZ LLP** | Audra J. Soloway |
| *s/ Michael J. Wernke* | Kristina A. Bunting (*pro hac vice*) |
| Thomas H. Przybylowski | Jennifer Gilbert (*pro hac vice*) |
| Michael J. Wernke (*pro hac vice*) | 1285 Avenue of the Americas |

Jeremy A. Lieberman (*pro hac vice*)
J. Alexander Hood II (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Tel: (212) 661-1100
Fax: (917) 463-1044
tprzybylowski@pomlaw.com
mwernke@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

*Co-Lead Counsel for Co-Lead Plaintiffs*

New York, New York 10019-6064
Tel:  (212) 373-3289
Fax:  (212) 492-0289
asoloway@paulweiss.com
kbunting@paulweiss.com
jgilbert@paulweiss.com

*Counsel for Defendants*

**SO ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.
Date:   10/16/2025